# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
## 3:12cr76

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| Vs. ) | **ORDER** |
| ) | |
| **DANIEL TURNER.** ) | |
| _____ ) | |

**THIS MATTER** is before the court on defendant's Motion to Continue. Having considered defendant's motion and reviewed the pleadings, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that defendant's Motion to Continue (#9) is **GRANTED,** and the court finds the delay caused by such continuance shall be excluded in accordance with 18 U.S.C. § 3161(h)(7)(B)(iv), as failure to grant such a continuance would deny counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

**IT IS FURTHER ORDERED** that defendant's Motion for Additional time to File All Motions (#9) is **ALLOWED**, and such deadlines are enlarged by 60 days.

Signed: April 24, 2012

Max O. Cogburn Jr.
United States District Judge